UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK ARNOLD WHITE, SR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF TEXAS, *et al*., <br><br> Defendants. | Case No. C12-2100-RSL <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

/ / /

/ / /

ORDER DISMISSING ACTION
PAGE - 1

01         Dated this 3rd day of June, 2013.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2